UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ALISHA SIMMONS, on behalf of herself and all others similarly situated, | CASE NO. 1:17-cv-01573 |
| Plaintiff, | JUDGE DONALD C. NUGENT |
| vs. | |
| WIRELESS EXCHANGE INTERNATIONAL 4, INC., et al | **DEFENDANTS' RULE 68 OFFER OF JUDGMENT TO ALISHA SIMMONS** |
| Defendants. | |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Wireless Exchange International 4, Inc., Wireless Exchange International 1, Inc., Wireless Exchange International 2, Inc., Wireless Exchange International 5, Inc., Wireless Exchange International 6, Inc., Wireless Exchange International 7, Inc., Wireless Exchange International 8, Inc., and Omar Salti (hereinafter referred to as "Defendants"), hereby offers to allow judgment to be taken against them by Plaintiff Alisha Simmons, in this action brought pursuant to the Fair Labor Standards Act ("FLSA") for damages in the amount of $35,042.54, which is comprised of $11,271.27 in unpaid overtime compensation, $11,271.27 in liquidated damages, and $12,500.00 in attorneys' fees and costs. This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not be construed either as an admission that the Defendants are liable in this action, or that Plaintiff has suffered damage. This Offer of Judgment shall not be filed with the Court unless: (a) accepted; or (b) used in a proceeding to determine costs.

To accept this offer, Plaintiff must provide written notice within fourteen (14) days of the date this offer is made.

        Respectfully submitted,

        /s/ Wesley A. Johnston
        Wesley A. Johnston (0061166)
        910 IMG Bldg.
        1360 East Ninth Street
        Cleveland, OH 44114
        Phone:  216-771-8420
        wesleyajohnston@gmail.com

        Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2019, a copy of the foregoing Defendants Rules 68 Offer of Judgment to Alisha Simmons was served via email and regular mail on this 28th day of August, 2019, upon the following:

Lori M. Griffin
Anthony J. Lazzaro
Chastity L. Christy
The Lazzaro Law Firm, LLC
920 Rockefeller Building
614 W. Superior Avenue
Cleveland, Ohio 44113
Phone: 216-696-5000
Facsimile: 216-696-7005
lori@lazzarolawfirm.com
chastity@lazzarolawfirm.com
anthony@lazzarolawfirm.com
*Attorney for Plaintiffs*

        /s/ Wesley A. Johnston
        One of the Attorneys for Defendants