UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ALISHA SIMMONS, on behalf of herself and all others similarly situated, ) ) ) | CASE NO. 1:17-cv-01573 |
| Plaintiff, ) ) ) | JUDGE DONALD C. NUGENT |
| vs. ) ) | |
| WIRELESS EXCHANGE INTERNATIONAL 4, INC., et al ) ) ) ) | **ORDER FOR JUDGMENT IN FAVOR OF PLAINTIFF ALISHA SIMMONS** |
| Defendants. ) | |

NOW, this 6th day of December, 2019, IT IS HEREBY ORDERED, that pursuant to the Offer of Judgment filed on August 30, 2019, judgment is hereby entered in favor of Plaintiff Alisha Simmons and against Defendants Wireless Exchange International 4, Inc., Wireless Exchange International 1, Inc., Wireless Exchange International 2, Inc., Wireless Exchange International 5, Inc., Wireless Exchange International 6, Inc., Wireless Exchange International 7, Inc., Wireless Exchange International 8, Inc., and Omar Salti in this action brought pursuant to the Fair Labor Standards Act in the amount of $35,042.54, which is comprised of $11,271.27 in unpaid overtime compensation, $11,271.27 in liquidated damages, and $12,500.00 in attorneys' fees and costs.

JUDGE DONALD C. NUGENT